In the Matter of FIORLAT DAIRY PRODUCTS CORPORATION, Appellant, against C. CHESTER DU MOND, as Commissioner of Agriculture and Markets of the State of New York, Respondent.

Submitted March 1, 1948; decided March 11, 1948.

*Robert G. Blabey* and *Donald L. Brush* for motion to dismiss appeal and in opposition to motion for leave to appeal.

*Samuel Rubinton* and *Leonard Acker* for motion for leave to appeal and in opposition to motion to dismiss.

Motion to dismiss appeal granted and appeal dismissed, with costs and $10 costs of motion.

Motion for leave to appeal denied, with $10 costs and necessary printing disbursements.